Midland Credit Management
2365 Northside Dr.—Ste300
San Diego, CA 92108

Honor Capital
PO Box 829522
Pembroke Pines, FL 33082

Wells Fargo Card Service
PO Box 77053
Minneapolis, MN 55480

Unfund Corporation
C/O Kream and Kream
PO Box 890117
East Weymouth, MA 02189

Distressed Asset Portfolio
c/o LTD Financial Services
3200 Wilcrest—Stse 600
Houston, TX 77042

Discover Card
c/o Van Ru Credit Corp
PO Box 301112
Chicago, IL 60630

Discover Bank
c/o Zwicker & Associates
1699 King St--#207
Enfield, CT 06082

Chase Bank
c/o MRS
1930 Olney Ave
Cherry Hill, NJ 08003

Synchrony Bank
c/o First Source Advantage
PO Box 628
Buffalo, NY 14240

Wells Fargo Auto
PO Box 5143
Sioux Falls, SDl 57117

Discover Bank
PO Box 3025
New Albany, OH  43054

Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306

Capital One
PO Box 71083
Charlotte, NC 28271

Cavalry SPV
c/o Frontline Asset Strategies
2700 Snelling Ave N—-Ste 250
Roseville, MN 55113

Midland Credit Mangement
PO Box 301030
Los Angeles, CA  90030

Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062

Discover Card
c/o Radius Global Solutions
PO Box 390846
Minneapolis, MN 55439

Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA 23541

American Express
PO Box 2092
St. Charles, MO 63302

PayPal Credit
PO Box 105658
Atlanta, GA 30348

New York & Co
PO Box 659728
San Antonio, TX 78265

Victorias Secret
PO Box 659728
San Antonio, TX 78265

Portfolio Recovery Associates
PO Box 4115
Concord, CA 94524

Bank of America
c/o Client Services
3451 Harry S. Truman Blvd
St. Charles, MO 63301

Capital One
PO Box 71083
Charlotte, NC 28272

Discover Bank
c/o Capital Management Services
698 ½ South Ogden St
Buffalo, NY 14206

Citibank
c/o Northland Group
PO Box 39095
Minneapolis, MN 55439

Keybank
PO Box 94722
Cleveland, OH  44101